# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BARBARA HALL,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 8:17-cv-2727-T-30AAS

ALDER HOLDINGS, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Claims with Prejudice (Dkt. 13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of January, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record